No. 72–5545. IN RE ENGLER. Sup. Ct. Ind. Certiorari denied.

No. 72–5090. PETERS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5138. MINOR v. KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5486. CROSSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. 

No. 72–5492. GLASS v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–590. ANDERS v. UNITED STATES. Ct. Cl. Motion of petitioner to strike matter from brief for respondent denied. Certiorari denied. 

No. 72–599. PHIPPS ET AL. v. ASSOCIATE FUNDINGS, INC., ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari. 

No. 72–629. SPENCE ET AL. v. CANTERBURY. C. A. D. C. Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied. 

No. 72–5537. MARKOFF v. NEW YORK LIFE INSURANCE Co. Sup. Ct. Nev. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition. 